NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3134

DEAN T. HARA,

Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT,

Respondent.

Petition for review of the Merit Systems Protection Board
in PH0831080099-I-2.

ON MOTION

Before NEWMAN, Circuit Judge.

## O R D E R

Dean T. Hara moves to stay the briefing schedule in this petition for review pending disposition of a related district court case, Gill et al. v. Office of Personnel Management, 1:09-CV-10309-JLT (D. Mass.). The Office of Personnel does not oppose.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted and the briefing schedule is stayed pending disposition of the related case by the district court. Hara is directed to file a status report with this court every 90 days concerning the status of the district court litigation. Hara is also directed to inform this court within 30 days of the district court's final disposition of the case.

FOR THE COURT

**MAY 1 8 2009**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 1 8 2009

JAN HORBALY
CLERK

cc: Cathy A. Harris, Esq.
Hillary A. Stern, Esq.

s8

2009-3134                                    - 2 -